

# Fourth Court of Appeals
## San Antonio, Texas

September 11, 2018

No. 04-17-00810-CV

**CODY, TEXAS, L.P.,**
Appellant

v.

**BPL EXPLORATION, LTD.,**
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 8,665
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Appellee BPL Exploration, Ltd. filed a motion for leave to file a sur-reply brief. Appellant Cody Texas, L.P. filed a response opposing the motion. After reviewing the motion and response, we **GRANT** appellee's motion for leave to file the sur-reply brief and **ORDER** the brief filed.

We **order** the clerk's office to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court